**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JAN 17 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PEDRO DELEON GONZALEZ, | No. 16-73714 |
| Petitioner, | |
| v. | Agency No. A200-711-062 |
| MATTHEW G. WHITAKER, Acting Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 15, 2019[**]

Before: TROTT, TALLMAN, and CALLAHAN, Circuit Judges.

Pedro DeLeon Gonzalez, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's ("IJ") decision denying cancellation of removal. We have

jurisdiction under 8 U.S.C. § 1252. We grant the petition for review.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

The BIA denied cancellation of removal for failure to demonstrate 10 years continuous physical presence prior to service of DeLeon Gonzalez's Notice to Appear ("NTA"). However, the BIA did not have the benefit of the Supreme Court's decision in *Pereira v. Sessions*, 138 S. Ct. 2105 (2018), which held that an NTA that does not specify a place and time for a non-citizen's first hearing does not trigger the stop-time rule to calculate continuous physical presence. As DeLeon Gonzalez's NTA did not specify the date and time of his hearing, we remand to the BIA to consider his eligibility for cancellation of removal in light of that decision.

In light of our disposition, we do not reach DeLeon Gonzalez's contentions regarding credibility or alleged due process violations.

**PETITION FOR REVIEW GRANTED; REMANDED.**